Probation Form No. 35
(5/01)



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

FEB 26 2019

ARTHUR JOHNSTON
BY_____ DEPUTY

Report and Order Terminating Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

UNITED STATES OF AMERICA

          V.                              Case No.: 1:12cr53LG-RHW-007

STEVEN BRIAN HYE

On January 10, 2013, the above named was sentenced to 60 months custody in the Bureau of Prisons followed by a three-year term of Supervised Release. On March 18, 2017, he began the Reentry Court Program in the Southern District of Mississippi. Since his placement in the program, he has remained compliant with no known violations. He has successfully completed the provisions of the program, along with additional efforts to deter criminal activity in the community through participation in community sponsored events. He has complied with the rules and regulations of his Term of Supervised Release and is no longer in need of supervision. It is accordingly recommended that STEVEN BRIAN HYE be discharged from his Term of Supervised Release.

Respectfully submitted,

Kevin Hayward
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 26 day of February, 2019.

Honorable Keith Starrett.
U.S. District Court Judge